# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC
JUN 1 4 2018
US District Court
Western District of NC

| | |
|---|---|
| United States of America<br>v.<br>SANTARIO MILLER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:18 MJ 194<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/21/2018__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Flight to Avoid Prosecution<br><br>Subject knowingly and willfully moving or traveling in interstate or foreign commerce with the intent to avoid prosecution of the crime of murder, which is a felony violation under the laws of the State of North Carolina |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brent V. Koeck, Task Force Officer - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/14/18

_____
*Judge's signature*

City and state: Charlotte, North Carolina    Hon. David C. Keesler, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Brent V. Koeck, being duly sworn on oath, deposes and states as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation. I have been assigned with Charlotte FBI since 2010. My primary duties are to seek wanted persons and bring them to justice.

2. This affidavit is being made for the purpose of securing a criminal complaint charging SANTARIO MILLER—described as being a black male, date of birth 8/8/1985, 5'9" 170lbs—for the offense of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073.

3. All of the information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

4. By letter dated June 12, 2018, Bill Bunting, Assistant District Attorney, 26th Prosecutorial District, General Court of Justice, State of North Carolina, requested the assistance of the FBI under the Unlawful Flight To Avoid Prosecution (UFAP) statue, Title 18, U.S.C. § 1073, to locate and apprehend SANTARIO MILLER, who is being sought by the County of Mecklenberg, State of North Carolina, for the felony charge of murder, in violation of North Carolina State Statutes.

5. On May 21, 2018, an arrest warrant was issued by Magistrate Judge T.M. Jenkins, Mecklenberg County General Court of Justice, District Court Division, North Carolina, charging MILLER with murder.

1

6. Since the issuance of the warrant for MILLER's arrest, he has avoided apprehension by Charlotte-Mecklenberg Police Department and is believed to have fled to the state of South Carolina to avoid prosecution in Mecklenburg County, North Carolina.

7. The investigation into MILLER has revealed that:

(a) Charlotte-Mecklenburg Police Department (CMPD) Homicide Detectives signed a warrant in connection with MILLER's alleged crime on May 21, 2018. Detectives requested the assistance of the CMPD Violent Criminal Apprehension Team (VCAT) to locate and arrest MILLER.

(b) On May 22, 2018 VCAT attempted to locate MILLER at his last known address in Charlotte, NC. VCAT spoke to several family members who indicated that they have not seen or heard from MILLER since the weekend prior to the murder. VCAT obtained a cellular phone number from family members, but these individuals indicated that the phone had been powered down since MILLER's departure from the area.

(c) On May 22, 2018, VCAT executed a court order for a Pen Trap and Trace on MILLER's cellular phone. The cell phone provider indicated that MILLER's cellphone number had been changed after the murder took place on May 21, 2018. MILLER's new cellular phone number was powered off, but Call Detail Records (CDR's) showed MILLER traveling into Lancaster, South Carolina on May 22, 2018.

(d) On June 1, 2018 VCAT detectives, along with members of the South Carolina Law Enforcement Division (SLED), made contact with MILLER's family members in Lancaster, South Carolina. Family members confirmed that MILLER was in Lancaster, SC the previous week before being picked by an unknown individual driving a burgundy sedan. Family

2

members stated that they have unsuccessfully attempted to get in touch with MILLER. Prior to his departure in a burgundy sedan, family members indicated that MILLER had stated that he was in trouble in Charlotte, North Carolina.

8. The Mecklenberg County District Attorney's Office has indicated that it will pursue extradition from any location once MILLER is apprehended and will further bear all expenses arising therefrom. Upon the arrest of SANTARIO MILLER, the Charlotte-Mecklenburg Police Department has also indicated that it will pursue his extradition from any jurisdiction in which MILLER is apprehended.

19. Based upon the above, your affiant has probable cause to believe that MILLER has fled the State of North Carolina to avoid prosecution for murder, in violation of North Carolina State statutes, and that he is currently residing outside the borders of North Carolina.

Respectfully submitted,

_____
Brent V. Koeck
Task Force Officer
Federal Bureau of Investigation


Sworn and subscribed this 14th day of June 2018:

_____
Honorable David C. Keesler
United States Magistrate Judge

3