# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:18-mj-194-DCK |
|---|---|
| v. | ) |
| SANTARIO MILLER | ) **ORDER TO UNSEAL** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal The Complaint" (Document No. 5) filed July 3, 2018, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, seeking an order directing that the Criminal Complaint and Affidavit in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the above-captioned case be unsealed.

The Clerk is directed, if applicable, to certify copies of this Order to Defense Counsel, the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: July 5, 2018

David C. Keesler
United States Magistrate Judge