# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.:  3:18-mj-194-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SANTARIO MILLER | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss Complaint" (Document No. 7) filed July 6, 2018.  This matter is presented by the United States of America by and through its counsel, Timothy C. Flowers, Special Assistant United States Attorney for the Western District of North Carolina, and it appears the motion should be granted.

**IT IS THEREFORE ORDERED** that the Complaint in the above-styled case is **DISMISSED** without prejudice.

**SO ORDERED**.

Signed: July 9, 2018

David C. Keesler
United States Magistrate Judge